1  PETER C. ANDERSON
   United States Trustee
2  Michael Hauser(State Bar No. 140165)
   Attorney for the U.S. Trustee
3  OFFICE OF THE U.S. TRUSTEE
   RONALD REAGAN FEDERAL BLDG. and
4      U.S. COURTHOUSE
   411 W. Fourth Street, Suite 9041
5  Santa Ana, CA  92701-8000
   Telephone: (714) 338-3400
6  Facsimile: (714) 338-3421
   E-mail: Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NUMBER: **8:11-bk-13265-TA** |
|---|---|
| **Milton Quach** | CHAPTER 11 |
| | U.S. TRUSTEE'S COMMENTS FOR COURT'S STATUS HEARING |
| | DATE: **April 27, 2011**<br>TIME: **10:00 a.m.** |
| Debtor | CTRM: **5B** |

The following information is provided to advise the Court as to the current status of the above-captioned case:

I.   Rental Income Being Deposited In Non DIP Bank Account

    On April 12, 2011, the Debtor testified at his §341(a) examination that he had deposited the April rental income from the Mission Viejo ($2,750 per month) and Lancaster ($1,100 per month) rental properties into his personal Union Bank account. The Union Bank account, he testified, is not a debtor-in-possession bank account. He further testified that he had opened three debtor-in-possession bank accounts at U.S. Bank but has not used them to date.

II. <u>UST Advised Counsel To Provide Evidence of Segregation of Funds</u>

On April 12, 2011, after the §341(a) examination, the U.S. Trustee analyst assigned to this case sent an e-mail to Debtor's counsel advising that the Debtor must immediately close out the pre-petition bank account and must segregate the rental income funds into the debtor-in-possession bank accounts. The U.S. Trustee requested proof of the same by Tuesday, April 19. As of the filing of this report, no proof has been provided to this office.

III. <u>Lack of Cash Collateral Stipulations/ Motions</u>

According to the docket, no cash collateral stipulations or motions have been filed with the Court to date.

IV. <u>First Operating Report Not Filed</u>

The Debtor's first Operating Report, covering the period March 9-31, 2011, has not been filed with the Court or the U.S. Trustee. The report was due on April 15.

V. <u>Lack of Employment Application</u>

According to the Court docket, Debtor's proposed counsel has not filed an application to be employed as counsel.

Date: <u>April 20, 2011</u>           /s/ Michael J. Hauser
                                      MICHAEL J. HAUSER
                                      ATTORNEY

-2-

| In re: Milton Quach | CHAPTER 11 |
|---|---|
| Debtor | CASE NUMBER: 8:11-bk-13265-TA |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701.

The foregoing document described: ***UNITED STATES TRUSTEE'S COMMENTS FOR COURT'S STATUS HEARING,*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 20, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   Gary L Harre    ghcmecf@gmail.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **April 20, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 20, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via personal delivery:
Judge Erithe Smith - Bin Outside of Room 5097

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2011 | Michael Hauser | /s/ Michael Hauser |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Case 8:11-bk-13265-TA    Doc 24    Filed 04/20/11    Entered 04/20/11 17:58:20    Desc
Main Document    Page 4 of 4